EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA,

Plaintiff,

- against -

FRANCISCO CUEVAS-OJEDA

Defendant.
------------------------------------------------X

ORDER OF REFERRAL

05 CR 568 (FB)

The defendant, ____ABOVE____, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge ____GO____ to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: Brooklyn, New York
       9/7, 2005

_____
FREDERIC BLOCK
United States District Judge

CONSENTED TO: Sept 9, 2005

_____
Defendant (signature)

_____
Attorney for Defendant (signature)